UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUCHETTS

| | |
|---|---|
| GEMINI FISHING, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his capacity as Secretary of United States Department of Homeland Security; UNITED STATES COAST GUARD, and AMY M. BEACH, in her capacity as Director of Inspections and Compliance, National Vessel Documentation Center for the United States Coast Guard,<br>　　　　　Defendants. | C.A. No.  1:24-cv-12536-WGY |

## MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF PENDING REVIEW

Plaintiff, Gemini Fishing, Inc. ("Gemini"), moves pursuant to 5 U.S.C. § 705 and Fed. R. Civ. P. 65 for preliminary injunctive relief pending review, suspending the cancellation and ordering reinstatement of the Certificate of Documentation and fishing endorsement for Gemini's fishing vessel, F/V VELARIS, until the conclusion of this case.

Gemini files herewith a supporting memorandum of law and declarations by Gregory Kulpinski and Garrett Norton.

In order to avoid irreparable harm to Gemini, Gemini respectfully requests that the Court rule on this motion before December 1, 2024.

1

                                        Respectfully submitted,
                                        Gemini Fishing, Inc.,
                                        by its Attorneys,

                                        <u>/s/ John A. Markey, Jr.</u>
                                        John A. Markey, Jr.
                                        Markey and Walsh
                                        50 Homers Wharf
                                        New Bedford, MA 02740
                                        (508) 993-9711
                                        (508) 993-0469

                                        /s/ Michael J. Daly
                                        <u>/s/ Stanley F. Pupecki</u>
                                        Michael J. Daly, Esq., (BBO 655838)
                                        Stanley F. Pupecki, Esq., (BBO 655842)
                                        PIERCE ATWOOD LLP
                                        One Citizens Plaza, 10th Floor
                                        Providence, RI  02903
                                        (401) 490-3400
                                        (401) 588-5166 (fax)
                                        spupecki@pierceatwood.com

Date:  October 25, 2024                     *Attorneys for Plaintiff Gemini Fishing, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that this document was electronically filed with the clerk of the court on October 25, 2024, and that is available for viewing and downloading from the Court's ECF system.

A copy of this document has been mailed by Certified Mail on October 25, 2024 to:

United States Department of Homeland Security and
United States Coast Guard
c/o U.S. Attorney for District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA  02210

Captain Amy Beach
United States Coast Guard and
 United States Dept of Homeland Security
2703 Martin Luther Kind Jr. Ave. SE
Washington, DC  20593

Alehandro Mayorkas

United States Secretary of Homeland Security
United States Coast Guard and
 United States Dept of Homeland Security
2703 Martin Luther Kind Jr. Ave. SE
Washington, DC  20593

                                              */s/ Michael J. Daly*